ACCEPTED
03-15-00441-CV
6809782
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 3:46:39 PM
JEFFREY D. KYLE
CLERK

Case No. 03-15-00441-CV

_____

## COURT OF APPEALS
## FOR THE THIRD DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 3:46:39 PM
JEFFREY D. KYLE
Clerk

_____

YOUTH EMPOWERMENT SERVICES, INC. D/B/A HIGGS CARTER KING GIFTED AND TALENTED CHARTER ACADEMY

Plaintiff- Appellant

V.

TEXAS EDUCATION AGENCY and MICHAEL WILLIAMS, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF EDUCATION

Defendant- Appellee

On Appeal from the 345th Judicial District
of Travis County, Texas, Cause No. D-1-GN-15-001090

_____

## PLAINTIFF- APPELLANT'S
## UNOPPOSED MOTION TO DISMISS APPEAL WITHOUT PREJUDICE

_____

THE LAW OFFICES OF RYAN HENRY, PLLC
1380 Pantheon Way, Ste. 215
San Antonio, Texas 78232
Telephone:  (210) 257-6357
Facsimile: (210) 569-6494
ryan.henry@rshlawfirm.com


_____
Ryan Henry
State Bar No. 24007347

September 4, 2015          Counsel for Plaintiff-Appellant

1

| YOUTH EMPOWERMENT | § | IN THE 3RD COURT OF APPEALS |
|---|---|---|
| SERVICES, INC. d/b/a HIGGS | § | |
| CARTER KING GIFTED & | § | |
| TALENTED CHARTER | § | |
| ACADEMY | § | |
| *Appellant* | § | |
| | § | |
| V. | § | |
| | § | |
| TEXAS EDUCATION AGENCY | § | |
| & MICHAEL WILLIAMS, in his | § | |
| Official Capacity as the | § | |
| Commissioner of Education | § | |
| *Appellee* | § | TRAVIS COUNTY, TEXAS |

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Appellant, YOUTH EMPOWERMENT SERVICES, INC. d/b/a HIGGS CARTER KING GIFTED & TALENTED CHARTER ACADEMY (hereinafter "HCK"), files this its Motion to Dismiss Appeal Without Prejudice and shows the Court as follows:

The Appellant HCK filed this appeal on July 17, 2015 due to the judge in the 345th District Court of Travis County granting Defendant-Appellee's Plea to the Jurisdiction in its entirety. However, after certain events occurred and while the trial court maintained plenary power, the court granted the Plaintiff a new trial as to at

2

least one of the claims previously dismissed for lack of jurisdiction. As a result, the July 17, 2015 order is interlocutory.

Due to the 345th District Court agreeing to a new trial on part of HCK's claims, HCK moves to dismiss this appeal, without prejudice, so the new trial can move forward on the central docket.  HCK reserves the right to appeal the dismissal of the remaining claims once a final order is issued in this case.

Wherefore Premise Considered, the Appellant moves this court dismiss, without prejudice, this appeal and for such further relief as it may show itself justly entitled.

SIGNED this 4th day of September, 2015.

Respectfully submitted,

THE LAW OFFICES OF RYAN HENRY, PLLC
1380 Pantheon Way, Ste. 215
San Antonio, Texas 78232
Telephone:  (210) 257-6357
Facsimile: (210) 569-6494
ryan.henry@rshlawfirm.com

_____
Ryan S. Henry
State Bar No. 24007347

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Erika Laremont, attorney for Defendant-Appellee, via email, and she is unopposed to Plaintiff- Appellant's motion to dismiss this appeal without prejudice.

BY: _____
RYAN S. HENRY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in accordance with Texas Rules of Civil Procedure on this the 4<u>th</u> day of September, 2015, as indicated below.

Erika Laremont                                   Sent Via Email:
General Litigation                               *Erika.Laremont@texasattorneygeneral.gov*
PO Box 12548
Austin, Texas 78711-2548
Attorney for Defendants/Appellant's
Texas Education Agency and
Michael Williams

_____
RYAN S. HENRY

5